AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Double A Trailer Sales, Inc.

V.

Chriss W. Street and Donald R. Sheetz

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1107-M

TO: (Name and address of Defendant)

Donald Sheetz
Sheetz Group
1111 Bayside Drive, Suite 260
Corona del Mar, CA 92625.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Breithaupt
Lynn S. Darty
Christian Small LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 11/30/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Double A Trailer Sales, Inc.

V.

Chriss W. Street and Donald R. Sheetz

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1107-M

TO: (Name and address of Defendant)

Chriss W. Street
c/o Street Asset Management, LLC
1111 Bayside Drive, Suite 100
Corona Del Mar, CA 92625

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Breithaupt
Lynn S. Darty
Christian Small LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 11/30/05