**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chriss W. Street
c/o Street Asset Management, LLC
1111 Bayside Drive, Suite 100
Corona Del Mar, CA 92625

S & C    05-1107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Victoria Street_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Victoria Street                    12/13/05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)     7002 2410 0002 9311 7090

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509