**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 22, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Double A Trailer Sales, Inc.    vs.  Chris Street, et al
Civil Action No.  3:05cv-1107 (M)

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 3:05cv-1107(T).  This new case number should be used on all future correspondence and pleadings in this action.