**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **DOUBLE A TRAILER SALES, INC.** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION NO: 05-1107** |
| **v.** | ) | |
| | ) | |
| **CHIRSS W. STREET and** | ) | |
| **DONALD R. SHEETZ** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Clark R. Hammond and Lindan J. Hill of the law firm of

Johnston Barton Proctor & Powell LLP, 2900 AmSouth/Harbert Plaza, 1901 Sixth

Avenue North, Birmingham, Alabama 35203-2618, hereby enter their appearance as

counsel for defendant Chriss W. Street in connection with the defense of the claims

asserted by DOUBLE A TRAILER SALES, INC.


　　　　　　　　　　　/s/ Clark R. Hammond
　　　　　　　　　　Clark R. Hammond (HAM012)
　　　　　　　　　　One of the Attorneys for Chriss W. Street


**OF COUNSEL:**

JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
(205) 458-9400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic service this December 30, 2005.

Eric J. Breithaupt
Lynn S Darty
Christian and Small LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203

/S/ Clark R. Hammond
Clark R. Hammond