Van Lochem & Chesney
6565 W. Sunset Blvd, Suite 422
Los Angeles, CA 90028

TELEPHONE NO.: (323) 993-0500

FOR COURT USE ONLY

ATTORNEY FOR (Name): plaintiff

Ref. No. or File No.

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
312 N. SPRING ST. #G-8
LOS ANGELES, CA 90012

PLAINTIFF:
Double A Trailer Sales, Inc.

DEFENDANT:
Chriss W. Street, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 3:05cv1107-M |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons; Trial By Jury Demand

ON: Chriss W. Street

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

25 Pinehurst Lane
Newport Beach, CA 92660
(HOME)

ON: December 9, 2005
AT: 10:00 am

**Manner of service** in compliance with California Code of Civil Procedure.

Fee for Service: $57.50
Registered California process server.
County: Orange
Registration No.: PSC 644
Expiration: January 21, 2007
All-N-One Legal Support, Inc.
1545 Wilshire Blvd, Suite 715
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.
Date: January 11, 2006

Signature: _____
Jorge Atrisco

PROOF OF SERVICE