IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DOUBLE A TRAILER SALES, INC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1107-MHT |
| ) | |
| CHRISS W. STREET and ) | |
| DONALD R. SHEETZ ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, Double A Trailer Sales, Inc., and gives notice of dismissal, as to Defendant Donald R. Sheetz. Said dismissal is made with prejudice, provided however, that Defendant Donald R. Sheetz shall be required to comply with the Settlement Agreement between the parties as a condition of dismissal. No dismissal is intended as to the co-Defendant, Chriss W. Street.

/s/ Eric J. Breithaupt
Eric J. Breithaupt

**OF COUNSEL:**
CHRISTIAN SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6546
Fax: (205) 328-7234

**CERTIFICATE OF SERVICE**

      Unless otherwise served by the ECF system, I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this date: April 4, 2006

Clark Hammond
Johnston Barton
1901 6th Avenue North
2900 AmSouth Harbert Plaza
Birmingham, Alabama 35203

Donald Sheetz
8 St. Pierre
New Port Coast, California 92657

        /s/ Eric J. Breithaupt
      **OF COUNSEL**