**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 5, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Double A Trailer Sales, Inc. vs. Chriss W. Street
      Civil Action No. 3:05cv1107-MHT

Pursuant to the Notice of Dismissal filed by the plaintiff on 4/4/2006, the defendant Donald R. Sheetz has been dismissed as a party to this case, with prejudice.