IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DOUBLE A TRAILER SALES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISS W. STREET and )<br>DONALD R. SHEETZ, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:05cv1107-MHT<br>(WO) |

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 14) it is the ORDER, JUDGMENT, and DECREE of the court that defendant Donald R. Sheetz is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of April, 2006.

           /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE