IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOUBLE A TRAILER SALES, ) | |
| INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO. 3:05cv1107-MHT |
| ) | |
| CHRISS W. STREET, ) | |
| ) | |
| DEFENDANT. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION
AND MOTION TO EXTEND DEADLINE FOR ADDITIONAL REPORT**

COMES NOW the Plaintiff, Double A Trailer Sales, Inc. in conformity with the "Uniform Scheduling Order" entered herein on March 27, 2006, and makes the following report on the settlement status of the case. Double A further respectfully requests a two week extension for making an additional report to the Court. As grounds therefore, movant says as follows:

1. Counsel for Plaintiff has offered to meet in person with counsel for the Defendant, and made that offer within the time limits proscribed by the Court's scheduling order. That settlement conference did not occur. Counsel for Plaintiff, however, does not believe that this lack of diligence on the part of the Defendant was intentional, but rather occasioned by the conflicting vacation and litigation schedules of the parties. Having said that, Counsel for Plaintiff did offer, in writing, to meet face to face with counsel for the Defendant to discuss settlement and mediation on a timely basis.

2. Movant says that the parties are scheduled to conduct extensive depositions in Los Angeles in this case on July 11 and 12. Of necessity, the parties will be present, and face to face during those depositions which will afford an opportunity to meaningfully discuss settlement and/or mediation. The actual taking of those examinations may further promote additional settlement discussions. Therefore, Counsel for Plaintiff respectfully requests the entry of an order permitting an additional two weeks through, and including July 17, 2006, to make a further report to the Court on the status of settlement and mediation, along with such other relief as may be deemed appropriate.

    /s/ Eric J. Breithaupt
Eric J. Breithaupt

**OF COUNSEL:**
CHRISTIAN SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6546
Fax: (205) 328-7234

**CERTIFICATE OF SERVICE**

      Unless otherwise served by the ECF system, I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this date: July 3, 2006

Clark Hammond
Johnston Barton
1901 6th Avenue North
2900 AmSouth Harbert Plaza
Birmingham, Alabama 35203

                                            /s/ Eric J. Breithaupt
                                            **OF COUNSEL**