IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DOUBLE A TRAILER SALES, ) | |
| INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO. 3:05cv1107-MHT |
| ) | |
| CHRISS W. STREET, ) | |
| ) | |
| DEFENDANT. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COME NOW the parties herein and give notice concerning the result of their joint meeting as to the potential for settling the above captioned action. Extensive discovery was undertaken on July 11 and 12, 2006, which included the deposition of the Defendant, Chriss Street. As required by the Court's Uniform Scheduling Order, the parties discussed settlement, and had an additional face-to-face settlement conference on July 17, 2006. While good faith negotiations occurred, the parties were not able to settle the case at this time. Counsel for both parties believe that the completion of several depositions over the next several weeks will place the case in a setting where mediation is appropriate. Because this is a business dispute between the parties, this case may be suitable for mediation. The discovery cutoff in this case is September 3, 2006, and the parties respectfully suggest that the commencement of a mediation shortly thereafter at a mutually agreeable time and site may prove useful in resolving the matter.

Respectfully submitted on this 17th day of July, 2006.

/s/ Eric J. Breithaupt
Eric J. Breithaupt
Attorney for Double A Trailer Sales, Inc.

**OF COUNSEL:**
CHRISTIAN SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6546
Fax: (205) 328-7234

/s/ Clark R. Hammond
Clark R. Hammond
Attorney for Chriss W. Street

**OF COUNSEL:**
Clark Hammond
Johnston Barton Proctor & Powell LLP
1901 6th Avenue North
2900 AmSouth Harbert Plaza
Birmingham, Alabama 35203
Phone: (205) 458-9400
Fax: (205) 458-3500