IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **DOUBLE A TRAILER SALES, INC,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO. 3:05cv1107-T |
| v. | ) | |
| | ) | |
| **CHRISS W. STREET,** | ) | |
| | ) | |
| DEFENDANT. | ) | |

**RE-NOTICE OF VIDEO DEPOSITION**

**TO:**         Tasha Dolan
               69 Misty Run
               Irvine, California 92614

**DATE:**       August 7, 2006

**TIME:**       10:00 a.m.

**LOCATION:**   Law Offices of Christian Small LLP
               505 North 20th Street, Suite 1800
               Birmingham, Alabama

Please take notice that at the above stated time, date and location, the Plaintiff will, by oral examination, take the testimony of the deponent(s) listed above, for the purpose of discovery and/or for use as evidence in the action by stenographic record and by videotape before Freedom Court Reporting or before some other duly qualified officer in accordance with the Alabama Rules of Civil Procedure.

The deponent is informed that his/her deposition shall be videotaped in order to perpetuate his/her testimony, and because, if the deposition is used as evidence at trial, a videotaped deposition is a more valuable demonstrative aide to the jury than the mere reading of a deposition transcript. All reasonable measures will be taken to ensure that the deponent's recorded testimony will be accurate and trustworthy and that the deponent is treated fairly.

The oral examination will continue from time to time until completed.  You are invited to attend and cross examine.

By:   /s/ Eric J. Breithaupt

**OF COUNSEL**:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6588
Fax: (205) 328-7234

Eric J. Breithaupt
Bradley R. Hightower
Attorneys for Double A Trailer Sales, Inc.

## CERTIFICATE OF SERVICE

Unless otherwise served by the ECF system, I certify that I have served a copy of the above and foregoing Notice of Deposition on the following by placing a copy in the United States Mail, properly addressed, first-class postage pre-paid on this the 18th day of July, 2006:

Chriss W. Street
c/o Clark Hammond and Lindan Hill
Attorneys for Chriss Street
Johnson Barton Proctor & Powell LLP
2900 AmSouth / Harbert Plaza
1901 6th Avenue N
Birmingham, Alabama 35203

/s/ Eric J. Breithaupt
OF COUNSEL