IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DOUBLE A TRAILER SALES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:05cv1107-MHT |
| CHRISS W. STREET and DONALD R. SHEETZ, | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to extend deadline (doc. no. 17) is granted as requested.

DONE, this the 25th day of July, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**