**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **DOUBLE A TRAILER SALES, INC.** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | **CIVIL ACTION NO: 05-1107** |
| **v.** ) | |
| ) | |
| **CHRISS W. STREET and** ) | |
| **DONALD R. SHEETZ** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## MOTION TO QUASH NOTICE OF CONTINUED DEPOSITION OF TASHA DOLAN

COMES NOW, the Defendant Chriss W. Street and respectfully moves this Court to quash the Plaintiff's Notice of Continued Deposition of Tasha Dolan. In support of this motion the Defendant states as follows:

1. On or about July 17, 2006, counsel for the Plaintiff served a Notice of Continued Deposition of Tasha Dolan ("Dolan") on Defendant's counsel.

2. The time and place for this deposition was set on August 7, 2006, in Birmingham, Alabama.

3. The Plaintiff initially commenced the deposition of Dolan in California, where both the deponent and the Defendant reside.

4. Philip Greer, a California attorney, prepared for and attended Dolan's deposition in California for the Defendant. Mr. Greer is the Defendant's California counsel, and will be making an appearance in this case.

5. The Defendant notified the Plaintiff's counsel that Mr. Greer has a conflict with attending the continued deposition of Dolan on August 7th in Birmingham.

6.  Despite numerous attempts to resolve this matter, the Plaintiff's counsel has refused to consider rescheduling the continued deposition or continuing the deposition in California, the location in which Plaintiff's counsel decided to set the initial deposition.

7.  The Defendant would be severely prejudiced by having Dolan's deposition continued before different counsel and in a different location than the initial deposition.

8.  Pursuant to the scheduling order entered by this Court the parties have until September 3, 2006, to complete discovery, which provides ample time during which Dolan's continued deposition could be rescheduled at a more mutually convenient time and place.

WHEREFORE, Defendant Chriss W. Street respectfully requests this Court quash the Continued Deposition Notice of Tasha Dolan or, in the alternative, to be rescheduled for a mutually convenient date after August 7, 2006.

Respectfully submitted this 4th day of August 2006.

/S/ Clark R. Hammond
Clark R. Hammond
Lindan J. Hill
Attorneys for Defendant
Chriss W. Street

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic service this August 4, 2006.

Eric Breithaupt, Esq.
Lynn Shutt Darty, Esq.
Christian & Small, LLP
505 20th Street North
Birmingham, Alabama 35203-2695

                                                         /S/ Clark R. Hammond