IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOUBLE A TRAILER SALES,      )
INC.,                        )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )      3:05cv1107-MHT
                             )
CHRISS W. STREET and         )
DONALD R. SHEETZ,            )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for extension of discovery and continuance of trial (doc. no. 26) is denied.

DONE, this the 29th day of August, 2006.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE