IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DOUBLE A TRAILER SALES, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CHRISS W. STREET and )<br>DONALD R. SHEETZ, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:05cv1107-MHT |

ORDER

By agreement of the parties, it is ORDERED that the motion to quash and alternative motion for protective order (doc. no. 25) are denied as moot.

DONE, this the 15th day of September, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**