IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DOUBLE A TRAILER SALES, INC.** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | **CIVIL ACTION NO: 05-1107** |
| v. ) | |
| ) | |
| **CHRISS W. STREET** and ) | |
| **DONALD R. SHEETZ** ) | |
| ) | |
| **DEFENDANTS.** ) | |

### REQUEST FOR ADMISSION *PRO HOC VICE*

Comes now Chriss W. Street, pursuant to Local Rule 83.1(b), and respectfully moves this Court for an order admitting Phillip B. Greer, Esq., *pro hoc vice* for the purpose of appearing and participating as additional trial counsel in this case. Mr. Greer is an attorney in Newport Beach, California, where Mr. Greer resides. He is a member in good standing of the California Bar and has been admitted to practice before the District Court for the Central District of California. The appropriate fee has been submitted to the court herewith. For all the foregoing reasons, Chriss W. Street requests that this court admit Phil Greer *pro hoc vice*.

Respectfully submitted, this the 3rd day of October 2006.

/S/ Clark R. Hammond_____
Clark R. Hammond
Lindan J. Hill
Attorneys for Defendant Chriss W. Street

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic service this October 3rd, 2006.

Eric Breithaupt, Esq.
Lynn Shutt Darty, Esq.
Christian & Small, LLP
505 20th Street North
Birmingham, Alabama 35203-2695

             /S/ Clark R. Hammond

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Phillip B. Greer, Bar No. 96438,

was duly admitted to practice in this Court on December 11, 1987
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___September 28, 2006___
DATE

SHERRI R. CARTER, CLERK

By _____
Norys Mena, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR