IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOUBLE A TRAILER SALES,    )
INC.,                      )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )      3:05cv1107-MHT
                           )
CHRISS W. STREET and       )
DONALD R. SHEETZ,          )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that the request for admission pro hac vice (doc. no. 31) is granted.

DONE, this the 4th day of October, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE