IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DOUBLE A TRAILER SALES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv1107-MHT |
| CHRISS W. STREET and DONALD R. SHEETZ, | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the jury selection and trial of this cause are reset for October 25, 2006, at 10:00 a.m. at the Federal Courthouse in Opelika, Alabama.

DONE, this the 6th day of October, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE