IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DOUBLE A TRAILER SALES, INC., ) ) ) Plaintiff, ) ) v. ) ) CHRISS W. STREET and ) DONALD R. SHEETZ, ) ) Defendants. ) | CIVIL ACTION NO. 3:05cv1107-MHT |

ORDER

It is ORDERED that the objections and motions in limine (doc. nos. 34 & 35) are set for submission, without oral argument, on October 13, 2006, with all briefs due by said date.

DONE, this the 10th day of October, 2006.

      /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE