IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DOUBLE A TRAILER SALES, INC,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) CIVIL ACTION NO. 3:05cv1107-T |
| v. | ) |
| | ) |
| **CHRISS W. STREET,** | ) |
| | ) |
| **DEFENDANT.** | ) |

### NOTICE OF APPEARANCE

COMES NOW Richard E. Smith of the law firm of Christian Small LLP and gives notice of appearance as additional counsel for Plaintiff, Double A Trailer Sales, Inc.

    /s/ Richard E. Smith
Richard E. Smith

**OF COUNSEL:**
CHRISTIAN SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6546
Fax: (205) 328-7234

## **CERTIFICATE OF SERVICE**

  Unless otherwise served by the ECF system, I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this date: October 10, 2006

Clark Hammond
Johnston Barton
1901 6th Avenue North
2900 AmSouth Harbert Plaza
Birmingham, Alabama 35203

Phillip B. Greer
Attorney at Law
1280 Bison Rd
#B9-531
Newport Beach, CA 92660

             /s/ Eric J. Breithaupt
             **OF COUNSEL**