IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DOUBLE A TRAILER SALES, INC.** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | CIVIL ACTION NO: 05-1107 |
| v. ) | |
| ) | |
| **CHRISS W. STREET and** ) | |
| **DONALD R. SHEETZ** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## DEFENDANT'S RENEWED MOTION TO CONTINUE THE TRIAL

COMES NOW, the Defendant, Chriss Street, by and through the undersigned counsel, and respectfully renews his Motion to enter an order continuing the trial setting in the above styled matter for a trial setting after January 2007. In support of this renewed Motion, the Defendant states as follows:

1. Plaintiff filed this complaint on November 17, 2005.

2. This Honorable Court entered a scheduling order on March 27, 2006.

3. The scheduling order set the trial on this matter for October 23, 2006.

4. On or about October 6, 2006, this Honorable Court entered an order moving the trial setting to October 25, 2006.

5. In June 2006, the Defendant, Chriss W. Street, was elected as the Treasurer-Tax Collector ("Treasurer") for Orange County, California. The declaration of Mr. Street, which discusses his obligations and schedule, is attached hereto as Exhibit "A" and is herein incorporated by reference. The declaration of Phillip Greer, Mr. Street's California counsel who has assisted Mr. Street in performing his obligations, is attached hereto as Exhibit "B" and is herein incorporated by reference.

6. Prior to his election, Mr. Street spent substantial time campaigning for the aforementioned office while also working his full-time position as Assistant Treasurer-Tax Collector of Orange County, California.

7. After his election as Treasurer in June, Mr. Street has had to and continues to spend an extensive amount of time in Orange County, California transitioning the Treasurer's office from the current administration to his incoming administration and spend considerable time in meetings with staff and county officials.

8. The transition has required Mr. Street to travel extensively across the country to meet with officials, and representatives of financial institutions who hold Orange County bonds including trips to Washington, D.C. and New York City, New York.

9. Mr. Street has additionally had to resolve numerous other complicated business obligations related to both his own business concerns to entities he manages pursuant to trust agreements or court orders, which has required Mr. Street to engage in more meetings and travel.

10. In addition to the foregoing, Mr. Street has had to spend approximately twenty (20) days both attending and providing testimony in depositions and exams pursuant to the Federal Rules of Bankruptcy Procedure Rule 2004 (the "Depositions") since June 2006. These Depositions have taken place across the country and required Mr. Street to travel considerably.

11. Due to the aforementioned obligations and schedule of Mr. Street, it has been particularly difficult to schedule time with the client to review evidence and discovery, and prepare Mr. Street's defense for the upcoming trial.

12. Mr. Street will be sworn in as Orange County Treasurer in January 2007, at which time his schedule will allow a meaningful opportunity for Mr. Street to meet with Alabama counsel and prepare his defense to this action.

13. No continuance has been previously granted in this case.

14. A continuance does not prejudice the Plaintiff in this case, and it furthers the interests of justice, because it allows the Defendant to adequately meet with local counsel and prepare his defense.

WHEREFORE, premises considered, the Defendant, Chriss W. Street, respectfully request this Court to enter an order continuing the trial in this matter to a trial setting after January, 2007.

                                /S/ Clark R. Hammond_____
                                Clark R. Hammond
                                Lindan J. Hill
                                Attorneys for Defendant
                                Chriss W. Street

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic service this October 10, 2006.

Eric Breithaupt, Esq.
Lynn Shutt Darty, Esq.
Christian & Small, LLP
505 20th Street North
Birmingham, Alabama 35203-2695

                                \_\_/S/ Clark R. Hammond_____