# DECLARATION OF CHRISS STREET

I, Chriss Street, declare:

I am a party in this action and make this declaration of my own personal knowledge and belief. If called upon to testify, I would, and could, testify as follows.

In June, 2006, I was elected Treasurer/Tax Collector of the County of Orange, State of California. Since my election, I have spent an inordinate amount of time facilitating the transition of the office of Treasurer/Tax Collector from the current office holder to myself. This has included numerous and lengthy meetings, on almost a daily basis, with current and prospective staff and related department heads. In addition, I have been attending seminars and conferences so as to understand my duties and obligations as Treasurer/Tax Collector. I have also been meeting regularly with the current and elected members of the Orange County Board of Supervisors as well as elected officials from the approximately thirty-three cities that comprise the County of Orange. In addition, I have had to travel extensively, both in and out of state, to meet with government officials and representatives from the numerous financial institutions who have purchased, underwritten or participated in over One Billion Dollars of bonds issued by the County of Orange. As Treasurer/Tax Collector, one of my primary duties is to oversee the administration, investment and security of both the bonds and the bond proceeds. To truly understand the extent, nature and complexity of these financial instruments takes considerable time and training.

During this period of time, I have also had to participate in and oversee the winding up and transition of various financial entities over which I either exercise managerial control or have a fiduciary obligation and duty arising from previous court appointed trustee assignments. These obligations and duties include participation in

-1-

1  numerous legal matters which require my presence and participation pursuant to long
2  standing court orders, facilitating the operational transition of an international
3  liquidating trust currently under the purview of the Delaware Bankruptcy Court and the
4  winding up and shutting down of my personal business operations. Again, these
5  obligations and activities have demanded extensive time commitments as well as
6  substantial amounts of travel in that the entities involved are scattered across the
7  country.
8     As a result of these obligations, which comprise an average work day of sixteen
9  plus hours, including weekends, I have been unable to devote the time, energy and
10 attention necessary to this litigation and the preparation necessary for trial. I have been
11 unable to confer with counsel, assist counsel in the preparation of my defense to the
12 claims and charges contained in the complaint and provide the input necessary to
13 refute the allegations. This inability to participate in the preparation of this matter has
14 prevented, and will prevent, counsel from properly representing me and presenting my
15 case to the court and the jury. As a result, I believe that, if forced to try this matter as
16 scheduled, my presentation will be prejudiced and I will not receive a fair trial.
17    Based upon these facts and circumstances, I respectfully request that the Court
18 grant a continuance in this matter and reschedule the trial for sometime after January
19 2007, which is when I will be sworn in as Orange County Treasurer/Tax Collector and I
20 will have the time necessary to travel to Alabama and participate in the preparation of
21 this matter. I do not believe that a short continuance, such as the one I am requesting,
22 will prejudice any party. In fact, it is my understanding that no other party to this
23 litigation objects to a short continuance, such as has been requested, agreeing with me
24 that such a continuance is in the best interests of justice.
25

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 5th day of October 2006 at Santa Ana, California.

_____
Chriss Street

-3-