# DECLARATION OF PHILLIP B GREER

I, Phillip B. Greer, declare:

I am an attorney duly licensed by the State of California. I have recently been admitted to the Federal District Court in Alabama. I make this declaration of my own personal knowledge and belief and if called upon to testify I would, and could, testify as follows.

I am personal counsel for Chriss Street, a party in this litigation. As personal counsel for Mr. Street, I am responsible for the coordination of all his legal matter and the interaction of those activities with his business endeavors.

In June 2006, Mr. Street was elected to the office of Treasurer/Tax Collector for the County of Orange, State of California. Since that time, Mr. Street has spent an extraordinary amount of time coordinating the transition of the Treasurer/Tax Collector office from the current regime to the newly elected one. I have been assisting Mr. Street in this transition and know that Mr. Street is spending countless hours meeting with incoming and outgoing staff, other elected officials from the County of Orange and the approximately thirty-three cities that comprise the County of Orange. Mr. Street has also had to travel to places as diverse as Sacramento, New York and Washington D.C. to meet with regulatory officials and representatives from financial institutions who hold the County's bonds.

In addition, Mr. Street has had to wrap up a number of diverse and complex business obligations ranging from his own business affairs to a number of entities that he manages or directs pursuant to fiduciary agreements and court orders. These obligations are scattered across the country.

-1-

1. Between the transition to his elected position and the resulting necessity to wrap up various legal and business matters, Mr. Street is spending approximately sixteen hours a day on these projects, including weekends.

2. As a result of these commitments and obligations, Mr. Street has been unable to adequately prepare for the trial currently scheduled in this matter. He has been unable to consult with local counsel, review evidence, documents and deposition transcripts and has been precluded from participating in his defense and the presentation of his counter claims. To require that this trial go forward at this time would be to severely prejudice Mr. Street and prevent him from properly presenting his position to the Court and the jury.

3. A short continuance will not prejudice any party and will, in fact, promote justice and fairness.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Newport Beach, California this 5th day of October 2006.

PHILLIP B. GREER