IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOUBLE A TRAILER SALES,     )
INC.,                       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    3:05cv1107-MHT
                            )
CHRISS W. STREET and        )
DONALD R. SHEETZ,           )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the renewed motion to continue trial (doc. no. 38) is denied.

DONE, this the 11th day of October, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE