IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOUBLE A TRAILER SALES,    )
INC.,                      )
                           )
    Plaintiff,             )
                           )         CIVIL ACTION NO.
    v.                     )         3:05cv1107-MHT
                           )
CHRISS W. STREET and       )
DONALD R. SHEETZ,          )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that the motion in limine (doc. no. 40) is set for submission, without oral argument, on October 18, 2006, with all briefs due by said date.

DONE, this the 17th day of October, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE