IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OPELIKA CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMMENCING OCTOBER 25, 2006 AT 10:00 AM\***
**FEDERAL COURTHOUSE, OPELIKA, ALABAMA**

**Judge Myron H. Thompson, Presiding**

---

\*ALL juries will be selected on October 25, 2006, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 10/25/2006
Opelika Courthouse

Judge Myron H. Thompson, Presiding
Jury Selection/Trial

10:00 AM                                                          (ETT 3 Days)

3:05-cv-01107-MHT-VPM Double A Trailer Sales, Inc. v. Street et al

Eric Joseph Breithaupt and Lynn Shutt Darty and Richard Earl Smith representing Double A Trailer Sales, Inc. (Plaintiff)

Clark Rodgers Hammond and Lindan Jerome Hill and Phillip B. Greer representing Chriss W. Street (Defendant)