IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DOUBLE A TRAILER SALES, INC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. 3:05cv1107-T |
| v. ) | |
| ) | |
| CHRISS W. STREET, ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S PROPOSED VOIR DIRE**

Comes now the Plaintiff in this cause and requests the Court to ask the following questions during the voir dire examination of the jury panel in this case:

1. Have any of you or your immediate family members (mother, father, sister, brother, son, or daughter) ever been a plaintiff in a civil lawsuit, that is a lawsuit where someone seeks money damages?

    If so, what was the nature of the lawsuit (e.g. a motor vehicle accident; a claim over a breach of contract; a claim against an insurance company, etc.)?

    What was the outcome of the lawsuit (e.g. did it settle or was it tried to a conclusion)?

2. Have any of you or your immediate family members ever been a defendant in a civil lawsuit, that is a lawsuit where someone seeks money damages?

    If so, what was the nature of the lawsuit (e.g. a motor vehicle accident; a claim over a breach of contract; a claim against an insurance company, etc.)?

    What was the outcome of the lawsuit (e.g. did it settle or was it tried to a conclusion)?

    3.    Have any of you or your immediate family members ever worked at the Dorsey Trailer plant in Elba?

        If so, in what position and when did that person work there?

    4.    Do any of you know the defendant, Chriss Street?

    5.    Do any of you know the plaintiff's representative, Mark Wannemacher?

    6.    Do any of you know any of the following persons who are expected to testify in this case?

        (1)    Tasha Dolan

        (2)    Don Sheetz

        (3)    Jim Stroh

        (4)    Dan Harrow

        (5)    Andy Rain

        (6)    Steve Morgan

        (7)    William (Bill) Carr

    7.    Have any of you ever been an officer, director, shareholder or employee of any of the following companies:

        (1)    The End of the Road Trust

        (2)    American Trailer Industries, Inc.

        (3)    Freuhauf Trailer Co.

        (4)    Freuhauf de Mexico Co.

        (5)    Dorsey Trailer, Inc.

        (6)    Dorsey Trailer Co.

    (7)    Dorsey Holdings

8. Do any of you know any of the following people whose names may be mentioned in the course of this trial?

    (1)    Courtney Watson

    (2)    Victoria Street

    (3)    Michael Kotch

    (4)    Andrew Padillo

    (5)    Steve Morgan

    (6)    Bill Carr of Carr Riggs & Ingram, CPAs

    (7)    Thad Johnson of SouthTrust Bank

    (8)    Jimmy Judson of Dorsey Trailer

    (9)    Vernon "Rusty" Wilson

    (10)    Terry Bertrand of Dorsey Trailer

9. Have any of you ever been a witness in a lawsuit before?

If so, what were the circumstances?

10. Have any of you ever been retained as an expert witness in any litigation matter?

If so, what were the circumstances?

11. Have any of you ever served on a civil jury before?

If so, were you the foreperson of the jury?

Were you able to reach a verdict in that case?

12. Do any of you have any special training in the field of law, e.g. a law degree, a paralegal degree, etc.?

13. Are any of you related to a lawyer?

    If so, to whom are you related?

14. Have any of you ever worked in a law firm?

    If so, which firm and in what position did you work?

15. Do any of you know or have any of you been represented by anyone in the law firm of Christian & Small?

16. Do any of you know or have any of you been represented by anyone in the law firm of Johnston Barton Proctor Swedlaw and Naff?

17. Do any of you have any special training or work experience in writing contracts, negotiating contracts, or interpreting contracts?

    If so, where and in what position?

18. Do any of you have any special training or work experience in writing, negotiating, or interpreting security agreements?

    If so, where an in what position?

19. Have any of you ever worked in any job in the banking or lending industry?

    If so, where and in what position?

20. Have any of you ever worked in any job in the trucking or trailer industry?

    If so, where and in what position?

21. Have any of you ever worked in any job involved in the purchase of aluminum or other metal sales?

    If so, where and in what position?

22. Have any of you ever worked in any job that was a supplier or vendor to the trucking or trailer industry?

   If so, where and in what position?

23. Have any of you ever served as an officer or director for any company or corporation?

   If so, what was the name of the company and your position?

   If so, are you familiar with the process of how a company passes a corporate resolution or how a company agrees to obtain a loan or financing?

24. Have any of you ever worked for ADECA (the Alabama Department of Economic and Community Affairs)?

25. Do any of you or your immediate family members own their own business? If so, who and what type of business?

26. Do any of you hold any advanced degrees, e.g. Masters or Doctoral degrees?

   If so, what degree?

27. Do any of you have any special training or work experience in accounting?

   If so, what training or work experience?

28. Do any of you have any special training or work experience in inventory control?

   If so, what training or work experience?

29. Do any of you have any special training or work experience in applying for or issuing titles for automobiles, trucks, truck trailers, or mobile homes?

   If so, what training or experience?

30. Are any of you opposed to giving punitive damages, that is damages that are awarded to punish the wrongdoer and to deter such conduct in the future, if the facts of the case and the instructions of law as given by the Court led you to award such damages?

Respectfully submitted,

/s/ Eric J. Breithaupt
Eric J. Breithaupt
Richard E. Smith
Attorneys for Plaintiff

OF COUNSEL:
CHRISTIAN & SMALL LLP
ATTORNEYS AND COUNSELORS
505 20TH STREET NORTH - SUITE 1800
BIRMINGHAM AL  35203-2696
(205) 795-6588

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing pleading upon all counsel of record via the ECF system or by placing a copy of same in the United States mail, postage prepaid, addressed as follows on October 18, 2006.

Clark Hammond
Johnston Barton
1901 6th Avenue North
2900 AmSouth Harbert Plaza
Birmingham, Alabama 35203

Phillip B. Greer
Attorney at Law
1280 Bison Rd
#B9-531
Newport Beach, CA 92660

/s/ Eric J. Breithaupt
OF COUNSEL