IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DOUBLE A TRAILER SALES, INC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO. 3:05cv1107-T |
| v. | ) | |
| | ) | |
| CHRISS W. STREET, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S PROPOSED JURY CHARGES**

Comes now the Plaintiff and requests the Court to give the following jury charges at the close of the case, with all references being to either the Alabama Pattern Jury Instructions (APJI); or Federal Jury Practice and Instructions (FJPI); or Pattern Civil Jury Instructions 11th Circuit (FEDCIV-JI11):

1. APJI   1.06   Jury as Judge of Facts

   _____           _____
   Given                Refused

2. APJI   1.07   Interest of Witnesses

   _____           _____
   Given                Refused

3. APJI   11.00   Introduction (Damages)

   _____           _____
   Given                Refused

4. APJI    11.01   General (Damages)

_____
Given                                    Refused

5. APJI    11.02   Compensatory

_____
Given                                    Refused

6. APJI    11.03   Punitive

_____
Given                                    Refused

7. APJI    15.00   Inference of Fact-Definition

_____
Given                                    Refused

8. APJI    15.01   Inferences

_____
Given                                    Refused

9. APJI    15.02   Credibility

_____
Given                                    Refused

10.   APJI   15.03   Deposition-Definition

_____
Given                    Refused

11.   FJPI   123.01   Plaintiff's Claim for Fraud

_____
Given                    Refused

12.   FJPI   123.02   Essential Elements of Claim for Misrepresentation

_____
Given                    Refused

13.   FJPI   123.03 Essential Elements of Claim for Fraudulent Concealment

_____
Given                    Refused

14.   FJPI   123.20 Recklessly Defined

_____
Given                    Refused

15.   FJPI   123.30 Justifiable Reliance

_____
Given                    Refused

16.   FJPI   123.40 Punitive Damages

_____
Given                    Refused

17. FEDCIV-JI11  3.1 Intentional Fraud

_____
Given                              Refused

18. FEDCIV-JI11  2.1 Punitive Damages-In General

_____
Given                              Refused

          /s/ Eric J. Breithaupt
          Eric J. Breithaupt
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic service this October 18, 2006.

Clark R. Hammond
Phillip B. Greer
Lindan J. Hill
JOHNSTON BARTON PROCTOR & POWELL LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Attorneys for Defendant