IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DOUBLE A TRAILER SALES, INC. )<br>)<br>PLAINTIFF,     )<br>)<br>v.                      )<br>)<br>CHRISS W. STREET and )<br>DONALD R. SHEETZ       )<br>)<br>DEFENDANTS.    ) | CIVIL ACTION NO: 05-1107 |

### DEFENDANT CHRISS W. STREET'S PROPOSED VOIR DIRE

COMES NOW, the Defendant, Chriss W. Street, in this case and requests the Court to ask the following questions during voir dire examination of the jury panel in this case:

1.  The Defendant adopts and incorporates by reference questions 1-30 of the Plaintiff's Proposed Voir Dire with the exception that the Defendant requests that Plaintiff's Question 16 read, "Do any of you know or have any of you been represented by anyone in the law firm of Johnston Barton Proctor and Powell?"

2.  Have any of you been wrongfully accused of a civil or criminal act?

    If so, when and what civil or criminal act?

3.  Have you, any member of your family, or your close friends ever accused anyone of fraud, lying or cheating, whether it resulted in litigation or not?

    If so, what was the resolution?

4.  Have you, or a member of your family or a close friend ever felt that you were falsely accused of something at work?

    If so, what was the accusation? Outcome?

5. If a majority of other jurors reached a difference conclusion from you after considering the evidence, would you be likely to change your opinion to conform to their viewpoint simply because their opinion was in the majority?

6. Is there some reason, known only to you, that makes you feel that you cannot reach a fair and impartial verdict based on the evidence in this case?

7. Have you, or has anyone in your immediate family, ever been involved in a dispute with a company or corporation?

   If so, who was involved in the dispute?
   What was the dispute about?
   How was the dispute resolved?
   Were you or your family member satisfied with the outcome of the dispute?

8. Have you, any member of your immediate family or any close friend ever:

| | Self | Relative | Close Friend |
|---|---|---|---|
| Been a plaintiff or defendant in any civil case? | _____ | _____ | _____ |
| Been a witness in a civil case? | _____ | _____ | _____ |
| Been arrested for or accused of a crime? | _____ | _____ | _____ |
| Been a witness to any crime? | _____ | _____ | _____ |
| Been a witness in a criminal case? | _____ | _____ | _____ |
| Been a defendant in a criminal case? | _____ | _____ | _____ |
| Previously served as a juror? | _____ | _____ | _____ |

- If so, civil or criminal?
- Were you the foreperson?
- Was the jury able to reach a verdict?
- What was the verdict?

- Did you personally want that verdict or did you compromise with others on the jury?

9. Have any of you had any experience with the courts or lawyers that could affect your ability or willingness to serve as a juror?

10. Have any of you ever served on the board of directors or in the capacity of president, chief executive officer, chief operational officer, comptroller, chief accounting officer, or other official position with a company?

11. Have you or anyone close to you been affected by the financial problems of a company where there have been allegations of corporate fraud or wrongdoing on the part of the executives?

12. Do you believe that corporate executives should be held to a greater level of accountability by the court system than other employees simply because of their position as corporate executives?

13. Prior to coming here today, have you heard something about the bankruptcy of Dorsey Trailer Company?

14. Does anyone have any moral, religious, or philosophical views that would affect your ability to be a fair and impartial juror in this case?

15. Does anyone have any disabilities or health problems that might affect your abilities to serve as a juror?

16. Is there any reason you feel that you *should not* serve as a juror in this case? If so, please explain.

17. Have you, or anyone close to you, ever done business with Dorsey Trailer or had any dealings with Dorsey? (*explore*)

18. Have you, or anyone close to you, directly or indirectly been affected by anything that has happened with Dorsey Trailer? (*explore*)

19. Have you or any member of your family ever been employed by or applied for a job at Dorsey Trailer? (*explore*)

20. Have you, any member of your family or a close friend ever been employed by a company that went bankrupt or closed down due to financial problems?

Respectfully submitted this the 18th day of October, 2006

/s/ Clark R. Hammond
Clark R. Hammond

                                        Phillip B. Greer
                                        Lindan J. Hill
                                        Attorneys for the Defendant

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic service this October 18, 2006.

Eric Breithaupt, Esq.
Lynn Shutt Darty, Esq.
Richard Earl Smith, Esq.
Christian & Small, LLP
505 20th Street North
Birmingham, Alabama 35203-2695


                                      __/S/ Clark R. Hammond_____