## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DOUBLE A TRAILER SALES, INC.,** )<br>)<br>**PLAINTIFF,** )<br>)<br>**vs.** )<br>)<br>**CHRISS W. STREET,** )<br>)<br>**DEFENDANT.** ) | **CIVIL ACTION NO. 3:05cv1107-T** |

### DEFENDANT'S INDEX OF EXHIBITS

COMES NOW, Chriss W. Street provides the following index of Exhibits the Defendant expects to use at trial:

1. Correspondence dated November 19, 2004 from Mark Wanamaker to Ruth attaching a copy of the settlement agreement between Dorsey Trailers Sales, SouthTrust Bank and AA trailer sales.
2. Invoice number M303237 dated April 15, 2004 together with attached documentation.
3. Invoice number of M303095 together with attached documentation.
4. Items needed for completion dated March 10, 2004.
5. E-mail from Chip of Double-A Trailer Sales to Mark Wanamaker dated March 10, 2004.
6. Facsimile dated March 9, 2004 from Chip to Mark attaching the production line schedule and red tag report.
7. E-mail dated February 27, 2004 by Mark Wanamaker to Mark Malone at Fifth Third Bank.
8. Facsimile dated March 6, 2004 from Tasha Dolan to Mark Wanamaker.
9. Letter dated February 26 2004 from Mark Wanamaker to Tasha Dolan and Chriss Street together with a priority list.
10. E-mail dated February 10, 2004 from Tasha Dolan to Mark Wanamaker which embeds an e-mail from Mr. Wanamaker to Ms Dolan of February 10 2004.
11. Letter dated November 13, 2003 from Mark Wanamaker to Chriss Street enclosing an agreement for the purchase of certain aluminum flooring.
12. Hand written letter dated February 9, 2004 from Mark Wanamaker to Don Sheetz regarding a proposed confidentiality agreement.
13. Letter dated March 16, 2004 from Steven Diller to Eric Briethaupt.
14. E-mail dated April 20 for 2004 by Tim Lupinacci to himself which embeds an e-mail from Steve Diller to Tim Lupinacci of the same date.
15. Correspondence dated April 21, 2004 from Eric Briethaupt to Tim Lupinacci.
16. Correspondence dated June 24, 2004 from Eric Briethaupt to Mitchell Boles.

17.     Correspondence dated July 1, 2004 from Mitch Boles to Eric Briethaupt and Tim Lupinacci.
18.     Undated letter from Steven Diller to David Neier dealing with certain conversations regarding MSOs for the GSA.
19.     E-mail dated March 25, 2004 from David Neier to Steve Diller regarding discussions with present and former employees.
20.     E-mail dated March 20, 2004 from Steve Diller to David Neier and copying Eric Briethaupt regarding violations of the confidentiality agreement by Double-A Trailer.
21.     Letter dated the October 24, 2005 to Andy Raine from Tasha Dolan regarding the inventory consigned by Fruehauf De Mexico.
22.     E-mail dated March 19, 2005 from David Neier to Steve Diller regarding the need to raise cash as soon as possible.
23.     E-mail dated March 19, 2004 by Steve Diller to David Neier regarding bridge financing.
24.     Double-A Trailer Sales Inc. Financial Statement and Supplementary Information for years ended March 31, 2004 and 2003.
25.     Double A loan activity sheet dated August 1, 2004.
26.     Revolving Note in the amount of $3,500,000 dated July 22, 2004.
27.     Dealer Floor Plan Agreement between Fifth Third Bank and Double-A Trailer Sales dated November 4, 1994.
28.     Request for credit commitment dated July 19, 2004.
29.     Request for credit commitment dated December 15, 2004.
30.     Revolving note dated August 1, 2003 in the amount of $3,500,000.
31.     Invoice number and 303274 dated March 8, 2004.
32.     Spreadsheet dated March 2, 2004 prepared by Stroh Johnson & Co. LLP.
33.     Facsimile from Tasha Dolan to Mark Wanamaker regarding loans to Dorsey trailer by double-A trailer sales.
34.     E-mail dated February 25, 2005 from James Stroh to Mark Wanamaker.
35.     E-mail dated February 26, 2004 from Mark Wanamaker to Tasha Dolan regarding Paul King.
36.     Facsimile dated February 26, 2004 from Mark Wanamaker to Tasha Dolan and Chriss Street regarding the priority list.
37.     Facsimile dated March 6, 2004 from Tasha to Mark regarding list of trailers.
38.     E-mail dated March 11th, 2004 from Mark Wanamaker to Tasha Dolan concerning lack of interest in purchasing company.
39.     E-mail dated March 11, 2004 from Mark Wanamaker to Donald Sheetz.
40.     Invoice number M303237 dated April 15th, 2004 and supporting documentation.
41.     Invoice number M303095 dated May 4, 2004 and supporting documentation.
42.     Dorsey sales order dated December 4, 2003 and supporting documentation.
43.     Facsimile from Chip to Steve dated December 5, 2003.
44.     Facsimile dated November 3, 2003 from Chip to Steve Morgan.
45.     Dorsey sales order dated June 19, 2004, order number SN 303244 through 303248.
46.     Dorsey sales order dated June 19, 2004, order number SN 303114-303118
47.     Dorsey sale order dated July 7, 2004, order number SN 302153.
48.     Dorsey sales order dated June 19, 2004, order number SN 303249 through 303253.
49.     Dorsey sales order dated June 19, 2004, order number SN 303379 through 303384.
50.     Dorsey sales order dated July 12, 2004, order number SN 303205 through 303206

51. Dorsey sales order dated July 12, 2004, order number SN 303202 through 303204.
52. Dorsey sales order dated July 12, 2004, order number SN 303385.
53. Correspondence dated April 21, 2004 from Eric Briethaupt to Tim Lupinacci regarding the relationship between a Double-A Trailer Sales and SouthTrust Bank.
54. Letter dated April 10, 2004 from John Albert to Andy Raine at Southtrust.
55. Forbearance discussion points dated March 25, 2004, with the Forbearance Agreeement, the $250,000 line of credit and the Letter of Credit.
56. Letter dated July 12, 2004 by Tim Lupinacci to Mitch Boles and Eric Briethaupt regarding the amended forbearance agreement.
57. Dorsey invoice number M302438 and supporting MSO.
58. Dorsey invoice number M302239 and supporting MSO.
59. Dorsey invoice number M302993 and supporting MSO.
60. E-mail from Chris Street to Tasha Dolan and others regarding demand by Double-A.
61. E-mail from Mark Wanamaker to Tasha Dolan dated March 9, 2004.
62. Deposition of William Carr taken on November 16, 2004.
63. Stipulation for partial dismissal entered on December 9, 2004, and Settlement Agreement.
64. First amended complaint for injunctive, declaratory and other relief filed by Double-A Trailer Sales versus Dorsey Trailer Co. Inc. et al.
65. Combined exhibit of Dorsey trailer Co. bank statements from Southtrust Bank.
66. E-mail dated February 3, 2004 from James Stroh to Mark Wanamaker transmitting the February 3, 2004 correspondence.
67. Correspondence dated February 10 from Mark Wanamaker to Jim Stroh transmitting correspondence dated February 9, 2004 from Mark Wanamaker to Don Sheetz regarding confidentiality agreement.
68. E-mail from Tasha Dolan to Mark Wanamaker dated February 25, 2004 outlining the fixed overhead costs which need to be paid.
69. E-mail from Mark Wanamaker to Jim Stroh forwarding a copy of the e-mail that Mark Wanamaker sent to Don Sheetz concerning Doubls A's interest in purchasing a controlling interest in Dorsey trailer.
70. Listing of trailers in production as of August 2003.
71. Drive off paperwork from Dorsey trailer sales.
72. E-mail from Mark Wanamaker to Tim Lupinacci regarding Fifth Third Bank.
73. E-mail dated February 25, 2004 from Tasha Dolan to Mark Wanamaker regarding the December 2003 unaudited financial statements.
74. E-mail dated February 17, 2004 from James Stroh to Tasha Dolan regarding the lack of the need to speak with Tasha concerning information previously provided.
75. E-mail dated February 11, 2004 regarding loan with City of Elba.
76. Additional copy of letter dated February 10th, 2004, by Tasha Dolan to Mark Wanamaker, which attaches internal accounting records relating to the secured demand note dated February 12, 2004.
77. Copy of correspondence dated October 15, 2001 from Ed Davis to Tasha Dolan relating to the promissory note in the amount of $2 million from the City of Elba which was faxed to James Stroh on February 17, 2004.

                                                            /S/ Clark R. Hammond
                                                            Clark R. Hammond
                                                            Philip B. Greer
                                                            Lindan J. Hill
                                                            Attorneys for the Defendant Chriss W. Street

**OF COUNSEL:**
Johnston Barton Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Ave. North
Birmingham, Alabama 35203
Phone: (205) 458-9400
Fax: (205) 458-9500

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by hand delivery this the 23rd day of October, 2006.

Eric Breithaupt, Esq.
Richard Smith, Esq.
Lynn Shutt Darty, Esq.
Christian & Small, LLP
505 20th Street North
Birmingham, Alabama 35203-2695

                                                             /S/ Clark R. Hammond