### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DOUBLE A TRAILER SALES, INC.,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) CIVIL ACTION NO. 3:05cv1107-T |
| vs. | ) |
| | ) |
| **CHRISS W. STREET,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Double A Trailer Sales, Inc. and defendant Chriss W. Street jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own costs, expenses and attorneys' fees.

Respectfully submitted this the 25th day of October, 2006.


/S/ Eric J. Breithaupt
Richard E. Smith, Esq.
Eric J. Breithaupt, Esq.
Attorney for Plaintiff Double A Trailer Sales, Inc.


/S/ Clark R. Hammond
Clark R. Hammond, Esq.
Lindan Hill, Esq.
Attorneys for Defendant Chriss W. Street